Michael D. Harris, Cal. Bar No. 59,470
mharris@socalip.com
M. Kala Sarvaiya, Cal. Bar No. 238,453
ksarvaiya@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Robert W. Olson, Jr., a Professional Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Robert W. Olson, Jr., a Professional Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Lubczuk Dental Corporation and Andrzej Lubczuk,<br><br>　　　　Defendants. | No. 13-cv-<br><br>Complaint for Copyright Infringement<br><br>Jury Trial Demanded |

　　　Plaintiff Robert W. Olson, Jr., a Professional Corporation files this complaint against Lubczuk Dental Corporation and Andrzej Lubczuk.

### FIRST CLAIM FOR RELIEF – COPYRIGHT INFRINGEMENT

**PARTIES**

　　　1.　Plaintiff Robert W. Olson, Jr., a Professional Corporation ("Olson PC" or "plaintiff") is a professional law corporation licensed by the State Bar of California. Olson PC is located at 206 East Victoria Street, Santa Barbara, CA 93101.

　　　2.　Defendant Lubczuk Dental Corporation ("Lubczuk Corp.") is, on information and belief, a California corporation with a place of business at 720 Brookside Ave., Suite 100, Redlands, CA 92373.

3. Defendant Andrzej Lubczuk ("Dr. Lubczuk") is, on information and belief, an individual with a place of business at 720 Brookside Ave., Suite 100, Redlands, CA 92373. This complaint uses "defendants" to mean "Lubczuk Corp." and "Dr. Lubczuk."

**SUBJECT MATTER JURISDICTION**

4. This is a suit for infringement of a federally registered copyright. This court has subject matter jurisdiction under 28 U.S.C. § 1338(a).

**PERSONAL JURISDICTION AND VENUE**

5. Personal jurisdiction over each defendant is proper because Dr. Lubczuk lives and does business in this district, and Lubczuk Corp. is a corporation doing business in this district.

6. Likewise, venue is proper over each defendant because Dr. Lubczuk lives and does business in this district, and Lubczuk Corp. is a corporation doing business in this district.

**FACTS**

7. Robert W. Olson, Jr. ("R. Olson") is the sole shareholder of Olson PC. R. Olson is an attorney and a member of the State Bar of California. He also is licensed to practice in other states of the United States.

8. Olson PC focuses in legal representation of dentists and groups of dentists who are buying, selling and merging their dental practices.

9. Beginning in 1992, Olson PC created a group of highly customized legal forms ("Forms") useful for buying, selling and merging dental practices. Plaintiff regularly updates the Forms to comply with the law and address other legal, regulatory, business, insurance, tax and environmental changes affecting dentists and their practices.

10. On January 4, 2013, Olson PC registered the group of legal forms with the United States Copyright Office. The Copyright Office issued the registration and as-

signed it Registration No. TX0007620893. Olson PC owns the copyright and the registration.

11. In 2006, Kevin Welch, a Dental Corporation, retained Olson PC for the sale of Welch's dental practice to defendants. As part of the representation, Olson PC provided copies of the Forms for use only in that transaction.

12. The Forms had the copyright notice that 17 U.S.C. § 401 prescribes.

13. On information and belief, in 2012, defendants or an authorized agent of defendants copied the Forms and used them for another dental practice transaction.

14. Olson PC did not authorize defendants or their agents to copy the Forms. The copying of the Forms violated Olson PC's exclusive rights to copy the Forms and is an infringement of the Forms.

15. Because defendants copied the Forms and infringed upon Olson PC's copyrights, on information and belief, it is likely that defendants continued to copy and infringe the copyrights in the Forms on additional transactions.

16. Because of defendants' infringement, Olson PC suffered damages based upon its lost profits in an amount currently unknown but believed to be at least $10,000.

17. Because of defendants' infringement, they earned profits that they otherwise would not have earned in an amount currently unknown but believed to exceed $10,000.

**REQUESTED RELIEF**

Therefore, the plaintiff Olson PC demands judgment that:

1. Defendants account for and pay as damages to Olson PC all profits and advantages gained from infringing Olson PC copyright of at least $10,000.

2. Defendants pay Olson PC its damages from profits that it lost of at least $10,000.

3. Defendants and their principals, shareholders, officers, directors, employees, successors, assigns, suppliers, agents, servants, and attorneys, and all those per-

sons in active concert, participation or privity with them, or any of them be enjoined from violating any of plaintiff's exclusive rights of the Forms under the Copyright Act.

    4.    Defendants pay prejudgment interest and costs.

    5.    Any other just relief.

November 13, 2013                        s/ *Michael Harris*
                                          Michael D. Harris
                                          SoCal IP Law Group LLP

                                          Attorneys for Plaintiff Robert W. Olson, Jr., a Professional Corporation

Plaintiff demands a trial by jury on all claims for relief.

November 13, 2013                        s/ *Michael Harris*
                                            Michael D. Harris
                                          SoCal IP Law Group LLP

                                          Attorneys for Plaintiff Robert W. Olson, Jr., a Professional Corporation